UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CRIMINAL CASE NO. 3:01-CR-99-2-C

UNITED STATES OF AMERICA                                                      PLAINTIFF

**ORDER**

vs.

KOKO A. TAYLOR                                                                    DEFENDANT

\* \* \* \* \*

The Magistrate Judge having issued a Report and Recommendation on defendant's alleged supervised release violations, and the court having fully reviewed the record.

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED** and the defendant's term of probation is not revoked, but the conditions are modified as follows:  The defendant shall be committed to the custody of the Bureau of Prisons for a term of thirty (30) days. The thirty days shall be served on 10 consecutive week-ends beginning at 6:00 p.m. on Friday until 6:00 p.m. on Sunday, to commence as directed by the U.S. Probation Office.

**IT IS FURTHER ORDERED** that all other terms and conditions of the original judgment shall remain in full force and effect.

Signed on  May 4, 2006

*Jennifer B. Coffman*
**Jennifer B. Coffman, Judge**
**United States District Court**